

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00392-CV

Sherry **CAGLE** n/k/a Sherry Schwartz,
Appellant

v.

Mario **CUELLAR**, Norma Cuellar, James Donald Cagle, and Hannah Funding LLC.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01910
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellees' brief was due by February 14, 2021. On February 12, 2021, appellees filed an unopposed motion requesting a forty-five day extension of time. After consideration, we **GRANT** the motion and **ORDER** the brief due by March 31, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court